UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
ASHEVILLE, NC
FEB 07 2018
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES OF AMERICA ) DOCKET NO.: 3:18- cr42-Mα
)
v. ) UNDER SEAL
) **ORDER TO SEAL THE INDICTMENT**
ELONTRAE ALI GLENN )
)

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 7th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE